# EXHIBIT A

COMMONWEALTH OF KENTUCKY
JOHNSON CIRCUIT COURT
DIVISION _____
CIVIL ACTION NO: _____

*Filed Electroncially*

STACY LYNN EL HARRAB                                                                      PLAINTIFF

V.

LOWE'S HOME CENTERS, LLC                                                                DEFENDANTS

       Serve: Corporation Service Company
               421 West Main Street
               Frankfort, Kentucky 40601

and

LOWE'S HOME IMPROVEMENT, LLC

       Serve: Corporation Service Company
               421 West Main Street
               Frankfort, Kentucky 40601

## COMPLAINT

Comes now the Plaintiff, Stacy Lynn El Harrab, by and through the undersigned counsel, and for her Complaint against the Defendants, Lowe's Home Centers, LLC and Lowe's Home Improvement, LLC, states as follows:

### PARTIES

1. At all times pertinent hereto, the Plaintiff, Stacy Lynn El Harrab, was a citizen and resident of Johnson County, Kentucky residing at 49 Circle Drive, Thelma, Kentucky 41260.

2. At all times material hereto, the Defendant, Lowe's Home Centers, LLC, was a Foreign Limited Liability Company licensed to do business within the Commonwealth of Kentucky,

1

with its Agent for Service of Process being Corporation Service Company, 421 West Main Street, Frankfort, Kentucky 40601.

3.     At all times material hereto, the Defendant, Lowe's Home Improvement, LLC, was a Foreign Limited Liability Company licensed to do business within the Commonwealth of Kentucky, with its Agent for Service of Process being Corporation Service Company, 421 West Main Street, Frankfort, Kentucky 40601.

4.     At all times relevant hereto, the Defendants owned, controlled, operated, and/or supervised the Lowe's Home Improvement store located at 527 North Mayo Trail, Paintsville, Kentucky 41240 (hereinafter "premises").

## JURISDICTION AND VENUE

5.     The circumstances giving rise to this Complaint took place in Johnson County, Kentucky.

6.     The amount of damages sustained by the Plaintiff is in excess of the minimum jurisdictional limits of the Johnson County Circuit Court.

7.     Johnson County Circuit Court has jurisdiction over this matter and venue is appropriate in this County.

## GENERAL ALLEGATIONS

8.     At all times relevant hereto, the Defendants, by and through their agents, ostensible agents, servants, employees, and/or other representatives, had a duty to maintain and keep said premises safe for the use of its patrons.

9.     On or about March 4, 2018, as a direct and proximate result of the negligent acts and/or omissions of the Defendants, whether by and through their respective agents, ostensible agents, servants, employees, and/or other representatives, the Plaintiff, a business invitee, while exercising

2

due care for her own safety, slipped on a dangerous condition created and/or not properly maintained by the Defendants, while lawfully and properly on the Defendants' premises.

10. Specifically, the Plaintiff slipped and fell on a tag or product insert sheet left on the floor of an aisle.

11. At said time and place, the Defendants owed the Plaintiff, as a business invitee upon said premises, a duty to exercise reasonable care for her safety.

12. The Defendants and their agents, ostensible agents, servants, employees, and/or other representatives breached their duty of care to the Plaintiff.

13. As a direct and proximate result of the negligence and carelessness of the Defendants, as heretofore alleged, the Plaintiff was caused to sustain personal injuries of a permanent nature to her person. The injuries sustained by the Plaintiff resulted in the following damages:

   a. mental and physical pain and suffering both of a temporary and permanent nature all to her damage in a sum to be determined by a jury sitting in the trial of this matter;

   b. the power and ability to labor and earn has been temporarily and permanently impaired all to her damage in a sum to be determined by a jury sitting in the trial of this matter;

   c. the expenditure of sums of money for hospital, medical and other rehabilitation expenses, and will be caused to expend such sums of money in the future in an amount to be determined by a jury sitting in the trial of this matter;

   d. loss of her ability to lead and enjoy a normal life, all to her damage, in a sum to be determined by a jury sitting in the trial of this matter; and,

e. lost wages in addition to the above-mentioned loss of wage earning capacity, all of which are either permanent or continuing in nature and the Plaintiff will sustain said losses in the future.

**WHEREFORE**, the Plaintiff, Stacy Lynn El Harrab, demands judgment against the Defendants, Lowe's Home Centers, LLC and Lowe's Home Improvement, LLC, as follows:

A. A trial by jury on all issues of fact herein;

B. Compensatory damages against the Defendants in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

C. For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

D. For the Plaintiff's costs herein expended; and,

E. For any and all other relief to which the Plaintiff is entitled.

## CERTIFICATION

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the Plaintiff as a result of this action and that the failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, or otherwise will result in a loss of those rights with respect to any final award received by the Plaintiff as a result of this action.

The parties notified are as follows: Medicare, PO Box 138897, Oklahoma City, OK 73113 and Kentucky Health Choices, 275 East MainStreet, Suite 6E-A, Frankfort, Kentucky 40601.

**RESPECTFULLY** submitted this 24ˢᵗ day of January, 2019.

                         Respectfully submitted,

                         */s/ Tanner H. Shultz*
                         TANNER H. SHULTZ
                         Morgan & Morgan
                         333 West Vine Street, Suite 1200
                         Lexington, Kentucky 40507
                         Telephone:  (859) 219-4529
                         Facsimile:   (859) 367-6146
                         tshultz@forthepeople.com
                         COUNSEL FOR PLAINTIFF